# Notice Recipients

District/Off: 0314−1       User: AutoDocketer       Date Created: 6/15/2022
Case: 1:20−bk−02992−HWV    Form ID: ordsmiss        Total: 30

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          THE BANK OF NEW YORK MELLON

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee        ustpregion03.ha.ecf@usdoj.gov
tr          Jack N Zaharopoulos (Trustee)        info@pamd13trustee.com
aty         Jason Brett Schwartz         JSchwartz@mesterschwartz.com
aty         Kaitlin Shire        kshire@hillwallack.com
aty         Paul Donald Murphy−Ahles         pmurphy@dplglaw.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Roger William Davis        2924 Lynnhurst Street       Sarasota, FL 34239
jdb         Elaine Marie Davis        84 Rose of Sharon Drive       Etters, PA 17319
cr          Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP        4515 N Santa Fe Ave. Dept. APS        Oklahoma City, OK 73118
cr          ECMC        PO Box 16408        St. Paul, MN 55116−0408
cr          Capital One Auto Finance, a division of Capital One, N.A.        4515 N Santa Fe Ave. Dept. APS        Oklahoma City, OK 73118
cr          The Bank of New York Mellon f/k/a The Bank of New York as trustee for the Certificateholders of the CWABS, Inc, Asset−Backed Certificates, Series 2004−9        Hill Wallack LLP        777 Township Line Road−Suite 250        Yardley, PA 19067
5365948     Ashley Funding Services, LLC        Resurgent Capital Services        PO Box 10587        Greenville, SC 29603−0587
5364741     Capital One Auto Finance        PO Box 201347        Arlington, TX 76006
5366127     Capital One Auto Finance, a division of        AIS Portfolio Services, LP        4515 N Santa Fe Ave. Dept. APS        Oklahoma City, OK 73118
5374576     Capital One Auto Finance, a division of Capital On        P.O. Box 4360        Houston, TX 77210
5373685     Capital One Bank (USA), N.A.        by American InfoSource as agent        PO Box 71083        Charlotte, NC 28272−1083
5364742     Capital One Bank USA, NA        PO Box 30285        Salt Lake City, UT 84130−0285
5401136     ECMC        P.O. Box 16408        St. Paul, MN 55116−0408
5401137     ECMC        P.O. Box 16408        St. Paul, MN 55116−0408        ECMC        P.O. Box 16408        St. Paul, MN 55116−0408
5364743     Internal Revenue Service        Centralized Insolvency Operation        PO Box 7346        Philadelphia, PA 19101
5364744     KML Law Group, PC        BNY Mellon Independence Center        701 Market Street, Suite 5000        Philadelphia, PA 19106
5364745     Navient Solutions, Inc.        Attn: Claims Department        PO Box 9500        Wilkes Barre, PA 18773
5368919     PHEAA        PO Box 8147        Harrisburg PA 17105
5364746     Shellpoint Mortgage Servicing        PO Box 10826        Greenville, SC 29603
5370319     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO        New Rez DBA Shellpoint Mortgage Servicin        Bankruptcy Department        PO Box 10826        Greenville, SC 29603
5364747     US Department of Education        Attn: Claims Filing Unit        PO Box 8973        Madison, WI 53708−8973
5389364     US Department of Education        PO Box 16448        St. Paul, MN 55116−0448
5364748     Valley Green Village West        c/o Property Management, Inc.        1300 Market Street        Lemoyne, PA 17043
5368268     Valley Green Village West Recreation Assoc        c/o PMI        PO Box 622        Lemoyne, PA 17043

TOTAL: 24